| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CHARLES PAUL, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:18-CV-545
§
LIBERTY MUTUAL FIRE §
INSURANCE COMPANY, §
§
    Defendant. §

## MEMORANDUM ORDER

The court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition of case-dispositive motions. On May 18, 2020, Judge Giblin issued a report and recommendation on the defendant's motion for summary judgment. He recommended that the Court grant the motion.

No party has objected to the magistrate judge's recommendation. After review, the Court finds that Judge Giblin's findings and recommendations should be accepted. The Court ORDERS that the report and recommendation (#18) is ADOPTED. The Court further ORDERS that the defendant's motion for summary judgment (#9) is GRANTED. Summary judgment is entered in favor of the defendant, Liberty Mutual Fire Insurance Company. The plaintiff's claims are accordingly dismissed in their entirety, with prejudice. The Court will enter final judgment separately.

SIGNED at Beaumont, Texas, this 3rd day of June, 2020.

                                                              */s/ Marcia A. Crone*
                                                         MARCIA A. CRONE
                                             UNITED STATES DISTRICT JUDGE